PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 07/2021)

IN THE UNITED STATES DISTRICT COURT
FOR THE _____ DISTRICT OF TEXAS
_____ DIVISION

United States Courts
Southern District of Texas
FILED

OCT 26 2023

Nathan Ochsner, Clerk of Court

Robert Alan Hebert Jr. # 02401483
Plaintiff's Name and ID Number

Huntsville Unit/HV    815 12th Street
Place of Confinement    Huntsville, Tx  77320

CASE NO. _____
(Clerk will assign the number)

v.

Brazoria County, Justice Peace Castillo, Sheriff Bo Stallman,
Defendant's Name and Address

District Attorney Travis Austin Townsend, 149th District Court
Defendant's Name and Address

111 E. Locust, Ste. 500   Angleton, Tx 77515
Defendant's Name and Address
( DO NOT USE "ET AL.")

---

**INSTRUCTIONS - READ CAREFULLY**

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $52.00 for a total fee of **$402.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $52.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. **PREVIOUS LAWSUITS:**

    A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? _X_ YES ___ NO

    B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

        1. Approximate date of filing lawsuit: _____

        2. Parties to previous lawsuit:
        Plaintiff(s) Robert Alan Hebert Jr
        Defendant(s) Brazoria County / Officials

        3. Court: (If federal, name the district; if state, name the county.) United States Southern District / Galveston

        4. Cause number: 3:22-cv-0205

        5. Name of judge to whom case was assigned: Judge Jeffrey V. Brown

        6. Disposition: (Was the case dismissed, appealed, still pending?) Dismissed

        7. Approximate date of disposition: _____

II. PLACE OF PRESENT CONFINEMENT: Huntsville Unit / HV

III. EXHAUSTION OF GRIEVANCE PROCEDURES:
Have you exhausted all steps of the institutional grievance procedure?  X YES  ___ NO
Attach a copy of your final step of the grievance procedure with the response supplied by the institution.
← See Attached

IV. PARTIES TO THIS SUIT:
A. Name and address of plaintiff: Robert Alan Hebert Jr. #02401483
Huntsville Unit / HV
815 12th Street Huntsville, Tx 77320

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: Brazoria County
111 E. Locust, Ste. 500 Angleton, Tx 77515
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
1983 Constitutional / Due-Process Violations + Liabilities

Defendant #2: Justice Peace Castillo
111 E. Locust, Ste. 500 Angleton, Tx 77515
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
1983 Constitutional / Due-Process Violations + Liabilities

Defendant #3: Sheriff Bo Stahlman
111 E. Locust, Ste. 500 Angleton, Tx 77515
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
1983 Constitutional / Due-Process Violations + Liabilities

Defendant #4: District Attorney Travis Austin Townsend
111 E. Locust, Ste. 500 Angleton, Tx 77515
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
1983 Constitutional / Due-Process Violations + Liabilities

Defendant #5: 149th District Court
111 E. Locust, Ste. 500 Angleton, Tx 77515
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
1983 Constitutional / Due-Process Violations + Liabilities

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

See Attached Claim

VI. RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

(Robert Alan Hebert Jr) is seeking Relief ① Time Reduction / Reduced Charge ② "Motion for Summary Judgement for (Compensatory Damage) - $1,600,000 for Excessive Bail with Mental + Physical Trauma during forced detainment / recovery at Brazoria County Detention Center.

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

Robert Alan Hebert Jr

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

#02401483

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ___YES  X NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

  1. Court that imposed sanctions (if federal, give the district and division): N/A
  2. Case number: N/A
  3. Approximate date sanctions were imposed: N/A
  4. Have the sanctions been lifted or otherwise satisfied?  ___YES  X NO

4

OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

PRESORTED FIRST CLASS



ZIP 78701 $ 000.37⁶
02 4W
0000372130 JUL 21 2023

7/17/2023
HEBERT, ROBERT ALAN JR    Tr. Ct. No. 92761-CR-B        WR-94,768-03
On this day, the application for 11.07 Writ of Habeas Corpus has been received and presented to the Court.

A4-52        Deana Williamson, Clerk

ROBERT ALAN HEBERT JR
LYCHNER UNIT - TDC # 2401483
2350 ATASCOCITA ROAD
HUMBLE, TX  77396

FIZVAAB 77396

111 E. Locust, Ste. 500
Angleton, TX 77515

www.brazoriacountytx.gov



979-864-1316
979-388-1316
281-756-1316



# CASSANDRA TIGNER
## DISTRICT CLERK
### BRAZORIA COUNTY

5/18/2023

Robert Alan Hebert, Jr., #02401483
Lychner State Jail Unit
2350 Atascocita Rd.
Humble, TX 77396

RE: Cause No.:92761-CR in the 149th District Court
Styled: The State of Texas vs. Robert Alan Hebert, Jr.

Dear Mr. Hebert, Jr.:

Please be advised that we have received your Application for Writ of Habeas Corpus 11.07. The cause number assigned to the Writ is 92761-CR-B. A copy of the application has been served on the District Attorney of Brazoria County on 05/18/2023.

Sincerely,

**CASSANDRA TIGNER, DISTRICT CLERK**

DS/kw
CC: File

**GROUND ONE:** (Substantive Due-Process Claim) — "Due-Process Clause/14th Amen."

(Robert A. Hebert Jr.) alleges not that State's (Texas/Brazoria County) procedure's are deficient, but that (Brazoria County/Official(s)) conduct was/is inherently impermissable, regardless of any procedural or remedial procedures. (Ramos v. Gallo 596 F. Supp. 833 1984 U.S. Dist. (D. Mass 1984)).

**FACTS SUPPORTING GROUND ONE:**

+ The people of Texas (Brazoria County) can amend the Texas Constitution in any particular that they desire, even when a statue enacted for the same purpose would be Unconstitutional. (Texas Constitutional provisions will not be held Un-Constitutional unless they subtract from the rights guaranteed (Robert A. Hebert Jr.) by the United States Constitution).

+ (U.S. Constitutional Law, Substantive Due-Process): In determining whether a law violates a defendants (Robert A. Hebert Jr.) Substantive Due-Process Rights, a court first determines whether a fundamental right or liberty interest is involved (6th Amen." Right to counsel for Initial Bail/Detainment Hearing, + (8th + 14th Amen.) "Excessive Bail/Cruel or Unusual Punishment protected in Texas Constitution Article 1, Section 13.).

① (Robert A. Hebert Jr.) mailed a letter of Pre-Writ of Habeas Corpus concerns to Judge: Terry Hollar of the 149th Brazoria County District Court the 1st week of (June 2022), against attorney's (George Raul III) advice, after several phone calls expressing concerns of "Substantive Due-Process Claims" while being detained at Brazoria County Detention Center, as he said it would look bad to my defense to use/bring claims to courts attention against the State (Texas). As expected, no reply was returned, a week before (Robert A. Hebert Jr.) was made to take a forced Plea Deal or be forced to go to trial (eventhough the State (Brazoria County) knew defendant didn't have financial means to keep paying George Raul III, as they (D.A. Travis Austin Townsend) put it, that if (Robert A. Hebert Jr.) pushed wanting to go to trial that (D.A. Travis Austin Townsend) assured George Raul III that (Robert A. Hebert Jr.) would receive the maximum penalty allowed. As if "How dare (Robert A. Hebert Jr.) want to challenge the State's Plea Deal of (20 yrs Agg) TDCJ for a "Mistake of Fact" event/altercation" on the night of 04/17/2021, especially for a

Article 11.07 Writ Application Form  6  Revised 2018

defendant (Robert A. Hebert Jr.) who had evidence of no prior felony's with also evidence of no prior violent intent history as well.

○ I (Robert A. Hebert Jr.) am not innocent, for my mistake in judgement in my altered state of mind (Intoxicated) & a situation affected many lives, which I (Robert A. Hebert Jr.) have no problems doing some prison time for, BUT... whats right is right and wrong is wrong, when evaluating the Unfair/Cruel Due-Process forced upon (Robert A. Hebert Jr.), a legal American citizen of the State of Texas. What if this was a member of your family who was made to suffer the same Due-Process protected by the 8th & 14th Amendments to the United States Constitution, Article 1, Sec. 13 of Tex. Consti., and Article 1.07 of the Texas Code of Criminal Procedure.) before they (Robert A. Hebert Jr.) were even legally found/pled guilty. ○

** (Robert A. Hebert Jr.) #02401483 is seeking Relief ① Time Reduction/Reduced Charge @ " Motion for Summary Judgement "/ ($1,500,000 - Excessive Bail with Mental & Physical Trauma during forced recovery at BCDC) ○ for (Compensatory Damage) (Robert A. Hebert Jr.) concluding through these next proceeding Grounds that there was/were established "Substantive Due-Process/1983" liability against (Brazoria County / Officials " Justice of Peace Castillo, Brazoria County Sheriff Bo Stahlman, Brazoria County District Attorney Travis Austin Townsend & 149th Brazoria County District Court.) **

→ * ③ Brady Law Violation! (Brady v. United States, 397 U.S. 742 (1970)) — Plea may be involuntary and unConstitutional under the 5th Amend. if it is the ① conduct of physical harm, ② a threat of physical harm, or ③ Mental Coercion. *

Ⅰ▷ Phys. Harm: Excessive Bail forced (Robert A. Hebert Jr.) to heal/recover in cruel and unusual manner behind bars 1yr. & 3 mnths before signing a forced/mentally coercion Plea Deal that never changed the whole time while in BCDC. Either take the Deal that never changed offer not once or go to trial and start at 40-50 yrs !? (D.A. Travis Austin Townsend)

**GROUND TWO:**

- 8th Amendment (Excessive Bail / Cruel or Unusual Punishment)
- 14th Amendment (Pre-Trial Detainee Due-Process / Substantive Due-Process)

**FACTS SUPPORTING GROUND TWO:**

+ (Tex. Const. Art. 1 § 11)...."All prisoners (Robert A. Hebert Jr.) shall be bailable by "Sufficient Sureties", unless for capital offenses, when the proof is evident, but this provision shall not be so construed as to prevent bail after indictment found upon examination of the evidence, in such a manner as may be prescribed by law." (What about before indictment?? 2 months)

+ (Tex. Const. Art. 1 § 13)..."Excessive Bail shall not be required, nor Cruel/Unusual Punishment inflicted.... All courts shall be open, and every person for an injury done him (Robert A. Hebert Jr.).... shall have remedy by Due Course of Law.

○ A Pre-Trial Defendant's (Robert A. Hebert Jr.) liberty interest is a fundamental right, and provisions restricting the right with Excessive Bail, the State (Texas/Brazoria County) must show a compelling interest to curtail the individuals (Robert A. Hebert Jr.) rights.

1) Due to the events of (04/17/2021), there was enough evidence that it should have been apparent or obvious to (Brazoria County Officials) that Constitutional Violations of (Robert A. Hebert Jr.) was going to be a "highly predictable consequence" due to Pre-Trial Detainees (Robert A. Hebert Jr.) Physical/Mental state 6 days after the events of (04/17/2021) and being shot 6 times, resulting in 6 critical gunshot wounds, 48 hrs. I.C.U., 3 different surgeries, stint in left arm, permanent muscle pain/nerve damage and 32 staples keeping (Robert A. Hebert Jr.) stomach closed to heal.

2) Thus, the Bail required ($575,000) of (Robert A. Hebert Jr.) was/is a form of Cruel/Unusual Punishment/Excessive (Bail) force due to (Robert A. Hebert Jr.) physical condition by (Brazoria County Officials) "Justice of Peace Castillo, Brazoria County Sheriff Bo Stallman, as policy maker/enforcer, Brazoria County District Attorney Travis Austin Townsend, & 149th District Court."

and penal in nature, in derogation of (Robert A. Hebert Jr.) rights under the (8th & 14th Amendments to the Constitution of the United States, Article 1, Sec. 13 of the Tex. Const., and Article 1.07 of the Tex. Code of Crim. Proc.).

<u>3)</u> Thus, (Brazoria County/Officials) "Justice of Peace Castillo" through the actions of the Pearland Police Department, for (Robert A. Hebert Jr.) to be arrested/detained, in front of his Wife (Stephanie Amy Hebert), from "Medical Safety" 6 days after surviving the events of 04/17/2021 to heal in a Cruel/Unusual Manner behind the walls of (Brazoria County Detention Center) without any medical care/wound cleanings or the first 72 hrs, (Robert A. Hebert Jr.) was given 1 Advil and a torn-up green mat to lay on in a dirty discipline A-Row Seg. Cell (not medical seg.) during the height of the COVID-19 Pandemic. Like Pre-Trial Detainee Due-Process doesn't apply to the justice of (Brazoria County/Officials). Disregarding an Excessive Risk to the Pre-Trial defendant's (Robert A. Hebert Jr.) recovery health and safety during the middle of the COVID-19 Pandemic on 04/23/2021, shows that (Brazoria County/Officials "Justice of Peace Castillo, Brazoria County Sheriff Bo Stahlman, Brazoria County District Attorney Travis Austin Townsend, & 149th Brazoria County District Court") to be aware of (Robert A. Hebert Jr.) health facts, which the inference is drawn that "Substantial Risk" of serious health/recovery harm existed during the COVID-19 Pandemic. (Farmer v. Brennan, 511 U.S. 825, 837 (1994)).

**GROUND THREE:**

- 6th Amendment (Right to Counsel for Pre-Trial Detainee (Robert A. Hebert Jr.) before, during, and after his Initial Bail/Detainment Hearing conducted by Justice of Peace Castillo in his courtroom on (04/23/2021).

**FACTS SUPPORTING GROUND THREE:**

1) 6th Amendment guarantees (Robert A. Hebert Jr.) right to counsel to ensure that an accused (Robert A. Hebert Jr.) has the assistance necessary to justify reliance on the outcome of the Initial Bail/Detention Hearing in Justice of Peace Castillo's court where (Robert A. Hebert Jr.) was brought through a forced arrest/detention (witnessed by his Wife (Stephanie Amy Hebert) and told he (Robert A. Hebert Jr.) couldn't speak to any legal counsel when requested by the 2 Pearland Police Officers), from Clear Lake Regional Medical Center highly under the influence of Heavy I.V. Morphine and other medications recovering with 5 open gunshot wounds and 32 staples holding stomach closed all without access to legal counsel, before legal counsel could ever be obtained, before/during/after the Initial Bail/Detention Hearing on 04/23/2021.

2) The right to counsel for (Robert A. Hebert Jr.) plays a crucial role in the Adversarial System in the 6th Amendment beginning at Initial Bail/Detention Hearing conducted by (Justice of Peace Castillo), since access to counsel's skill and knowledge is necessary to provide a Pre-Trial Detainee (Robert A. Hebert Jr.) at his Initial Bail/Detention Hearing the "ample opportunity to defend his rights protected in the 6th Amendment of the United States Constitution." (Robert A. Hebert Jr.) was denied access to any form of legal counsel for his Detention/Bail Hearing on 04/23/2021 in Justice of Peace Castillo's courtroom in Pearland, Texas, forced to come immediately from Clear Lake Regional Medical Center. Still Recovering/under the influence of heavy morphine and other heavy medication from I.V.'s that were pulled from (Robert A. Hebert Jr.) arms in a forced discharge/detention witnessed by Wife (Stephanie Amy Hebert)

where she witnessed Pearland Police Officers verbally deny/dismiss her husband's (Robert A. Hebert Jr.) request to speak and/or call for an attorney since they were arresting him without warning/medical discharge as they placed handcuffs on (Robert A. Hebert Jr.) at this point didn't exist and he was just a piece of state property.

3) (Robert A. Hebert Jr.) liberty was/is illegally being withheld by the government (Texas/Brazoria County) and therefore being illegally detained/incarcerated against his will in TDCJ due to (Brazoria County/Officials) violation of (Robert A. Hebert Jr.) rights to fair Due-Process of the 14th Amendment of the U.S. Constitution ... "Imprisonment/Detention cannot be imposed without the representation of Counsel at "Every Critical Stage", because it is a Constitutional requirement."

4) There was no one present in the form of legal Counsel from any form of Pre-Trial Services, for his (Robert A. Hebert Jr.) initial Bail/Detainment Hearing, before (Robert A. Hebert Jr.) was able to retain counsel, to speak on (Robert A. Hebert Jr.) behalf for purposes of bail and the alleged Probable Cause for the forced detention on 04/23/2021 before, during, or after the Initial Bail/Detention Hearing even in (Robert A. Hebert Jr.) medical state of recovery, forced from "Medical Safety" of Clear Lake Regional Medical Center during the height of the COVID-19 Pandemic.

→ ※ It is the State's (Texas/Brazoria County) burden to prove, by a preponderance of the evidence, that a suspect (Robert A. Hebert Jr.) knowingly, intelligently, and voluntarily waived those rights (6th Amen. Right to Counsel for Initial Bail/Detention Hearing "Magistration" in Justice of Peace Castillo's courtroom on 04/23/2021) immediately from being arrested from recovering at Clear Lake Regional Medical Center Joseph v. State, 309 S.W. 3d 20.24 (Tex. Crim. App. [177] 2010)) .... To ascertain whether a suspect (Robert Alan Hebert Jr.) has knowingly, intelligently, and voluntarily waived his rights, voluntariness and awareness must be addressed." See (Moran v. Burbine, 475 U.S. 412, 106 S.Ct. 1135 89 L. Ed. 2d 410 (1986)). " ←

*Article 11.07 Writ Application Form*     11     *Revised 2018*

**GROUND ~~FOUR~~ Three: (Continued)**

1) First, the relinquishment of the right must have been voluntary in the sense that it was the product of a free and deliberate choice, (Not under the influence of heavy hospital narcotics/ Morphine Wolker

**FACTS SUPPORTING GROUND ~~FOUR~~ Three:**

I.V. drugs, arrested in hospital in front of wife (Stephanie Amy Hebert), denied ability to talk to/ reach out to any legal counsel, drove to courtroom, surrounded by officers myself in front of Justice Peace Castillo with no counsel during my Initial Bail/Detainment Hearing,) rather than intimidation, coercion, or deception.

2) Second, the waiver must have been made with full awareness of both the nature of the right being abandoned and the consequences of the decisions to abandon it. (How did (Robert A. Hebert Jr.) have full awareness if he was under the influence of hospital narcotics/Morphine.)?? Only if the "totality of the circumstances surrounding the interrogation/arrest/Magistration etc. reveals both an uncoerced choice and the requisite level of comprehension may a court properly conclude that the Miranda Rights have been waived Constitutionally."

3) (Tex. Code Crim. Proc. Art. 1.051)

- (a) A defendant (Robert A. Hebert Jr.) in a criminal matter is entitled to be represented by counsel in an Adversarial Judicial Proceeding "(Initial Bail/Detention Hearing)". The right to be represented by counsel includes the right to consult in private with counsel sufficiently in advance of a proceeding "(Initial Bail/Detention Hearing)" to allow adequate preparation for the proceeding.

- (b) (For the purposes of this article and Articles 26.04 & 26.05 of this code,) "Indigent" means a person (Robert A. Hebert Jr.) who is not financially able to employ counsel)." How was Accused (Robert A. Hebert Jr.) supposed to be financially able/capable to retain counsel when state (Brazoria County) rushed to arrest/detain without a warrant, the accused (Robert A. Hebert Jr.) from the Clear Lake Regional Medical Center in his physical/mental state, deny him communication to anyone, rush him to a Initial Bail/Detention Hearing surrounded by officers, given a $575,000 bond in his medical condition knowing he couldn't acquire the funds, ultimately sealing his fate of a Cruel/Unusual Detainment & Recovery Process due to his 5 gunshot wounds."

- (c) An Indigent defendant is entitled to have (Robert A. Hebert Jr.) an attorney appointed to represent him in any "Adversary Judicial Proceeding" (Initial Bail/Detention Hearing in Justice of Peace Castillo's courtroom on 04/23/2021)" that may result in punishment by confinement and in any other criminal proceeding if the court concludes that the Interests of Justice require representation."

C. Has any court ever warned or notified you that sanctions could be imposed?  ____YES _X_ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that issued warning (if federal, give the district and division): __N/A__
   2. Case number: __N/A__
   3. Approximate date warning was issued: __N/A__

Executed on: __10/22/2023__
               DATE

Robert Alan Hebert Jr #02401483
_(signature)_
(Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this __Sunday (22nd)__ day of __October__, 20 __23__.
            (Day)                            (month)              (year)

Robert Alan Hebert Jr #02401483
_(signature)_
(Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

5

Robert Alan Hebert Jr
#02401483
Huntsville Unit/HV
815 12th Street
Huntsville, Tx 77320

"Legal Mail"

United States District Court
601 Rosenberg Street
Galveston, Tx 77550